No. 817. WILLIAM M. HARDIE COMPANY *v.* ARTHUR H. LAMBORN ET AL. February 2, 1925. Petition for a writ

of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Samuel Williston* and *Mr. H. A. Hauxhurst* for petitioner. *Mr. Louis O. Van Doren* for respondents.